FRITZ WALSCH, RESPONDENT, v. BOROUGH OF EDGE-
WATER ET AL., APPELLANTS.

Argued November 30, 1914—Decided March 1, 1915.

On appeal from the Supreme Court, in which court the
following memorandum by Mr. Justice Parker was filed:

"This is a *certiorari* attacking the validity of a sale for
assessments in the borough of Edgewater.

"The ground of attack is that the sale was held more than
two years after the imposition of the assessment. This is
conceded to be the case; and it also plainly appears that the
first advertisement of sale was not published until one or
two days after the expiration of the two years' period. Sec-
tion 45 of the Borough act gives the power of sale, limited,
as I read it, as two years from the date of confirmation of an
assessment, and refers to the Tax act for matters of pro-
cedure. Section 60 of the Tax act is the only qualification
urged on behalf of the borough, and the suggestion is that the
provision requiring payment to be made as a condition of
setting aside the sale might be insisted upon in this case.
The language of the act is this:

" 'Where the assessment itself is valid and the tax (in this
case the assessment) is justly due, no sale shall be set aside
except on condition that the amount due shall be paid to
the holder of the (tax) lien.'

"The answer seems to be that there is no tax lien and no
assessment lien; the lien of the assessment expired with the
two years, and it would seem that this section is not operative
in cases where the tax or assessment lien has expired by
limitation.

"The result must be, therefore, the setting aside of this
sale.

"The writ brings up only the sale and therefore no judg-
ment is entered with reference to the assessment itself."

For the respondent, *William E. Ellis.*

For the appellants, *Harry B. Brockhurst.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by Mr. Justice Parker, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, JJ. 11.

*For reversal*—None.